IN THE SUPREME COURT OF TEXAS

 No. 09-0422

 IN RE FOREST OIL CORPORATION, ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES
 LIMITED AND STEADFAST INSURANCE COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay, filed May 20, 2009, is
granted. The Order on Motion to Compel Discovery dated February 9, 2009,
in Cause No. 07-CV-1211, styled Forest Oil Corporation vs. Drilling &
Completion Supervisors, Inc., and David Law, in the 56th District Court of
Galveston County, Texas, is stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this May 21, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk